IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEBORAH DIANE FLETCHER                    *

5805 42nd AVENUE APT. 617

HYATTSVILLE, MD 20781                     *
*(Full name and address of the plaintiff)*
      **Plaintiff(s)**

      vs.                             *   Civil No.: __JFM 13 CV 2943__
                                          *(Leave blank. To be filled in by Court.)*
PARKWAY REGIONAL MEDICAL CENTER/

JACKSON NORTH MEDICAL CENTER              *

PRESIDENT

160 NE 170th STREET                       *

NORTH MIAMI BEACH, FL 33169
*(Full name and address of the defendant(s))*
      **Defendant(s)**                  *
                                       ******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☒ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

   _____

   _____

2. The facts of this case are:

On March 15, 2002 the plaintiff (forma pauperis) woke-up feeling very sick with chest pain around 2:00AM, she call 911 and they sent a ambulance out. At the time she was living at:371 NE 191 Street Apt. 208, Miami, FL 33179. The plaintiff (forma pauperis) had just move there March 1, 2002 and didn't know the area. So, they took the plaintiff (forma Pauperis) to the defendant place of buiness, but that place at the time was a mental hospital. The plaintiff had chest pain and not head pain or anything concerning the mental, so why that place? The plaintiff remember they telling the ambulance attendee to put her over there and it was about 3:00AM. The question is what happen from that 3:00AM until 9:00PM what took place. When I woke up it was about 9:00PM, what testes they done and what was the problem. And why did they take the Plaintiff to that place? And did the ambulance see anyone else in mine apartment when they enter? It was a kidnap done that day at that defendant Hospital.

3. The relief I want the court to order is:

☒ Damages in the amount of: $5,000,000

☑ An injunction ordering: To find the one's that were involve in a kidnap of that plaintiff (forma pauperis) on that day.

☐ Other (explain) _____

October 7
~~June 24,~~ 2013
(Date)

*Deborah Diane Fletcher*
(Signature)

DEBORAH DIANE FLETCHER

5805 42nd AVENUE APT. 617

HYATTSVILLE, MD 20781

301-209-8417
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.